May 3, 1943

**No. 5864.**——*August F. Stauff & Co., Inc.* v. *United States.* Entered at New York, N. Y. Not published. Motion by plaintiff.